**UNITED STATES COURT OF INTERNATIONAL TRADE**

**UNITED STATES,**

**Plaintiff,**

**v.**

**IRON MULE PRODUCTS, INC.,**

**Defendant.**

**Before: Claire R. Kelly, Judge**

**Court No. 24-00222**

**ORDER**

Before the court is Defendant's Motion for Referral to Court-Annexed Mediation, August 27, 2026, ECF No. 31 ("Def. Mot."). Plaintiff submitted a response in opposition to Defendant's request for mediation. See Pl. Opposition to Def. ADR Request, September 17, 2026, ECF No. 33 ("Pl. Resp."). Defendant states "the parties have been engaged in settlement discussions" and the "case is ripe for mediation." See Def. Mot. at 1–2. Plaintiff asserts mediation would be "premature" because Defendant has not filed a response to the Plaintiff's complaint identifying its defenses and clarifying the disputed issues. See Pl. Resp. at 1, 3.

Although referral to mediation does not require consent from the parties, see United States v. Tenacious Holdings, Inc., 6 F. Supp. 3d 1374, 1377 (Ct. Int'l Trade 2014), mediation is most effective with willing parties. Additionally, mediation is most successful when each party understands the other's position. Without Defendant's response to Plaintiff's complaint, Plaintiff cannot understand

Defendant's position when entering mediation. Therefore, the court believes mediation would be premature, and it is

**ORDERED** that Defendant's motion is denied.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated: September 18, 2026
New York, New York